1  DERICK E. KONZ, SB No. 286902
      Email:  dkonz@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendants CITY OF ETNA, OFFICER STACHER and OFFICER BUELL

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

| LEE HAWJ, ET AL, | ) | Case No.: 2:22-CV-01978-JAM-AC |
|---|---|---|
| Plaintiffs, | ) | **STIPULATION FOR 30-DAY EXTENSION FOR ETNA DEFENDANTS' RESPONSE TO COMPLAINT; ORDER** |
| vs. | ) | |
| CITY OF ETNA, ET AL. | ) | |
| Defendants. | ) | |

1    Plaintiffs and Defendants CITY OF ETNA, OFFICER STACHER and OFFICER BUELL continue to meet and confer over issues raised by Defendants in regard to Plaintiff's Complaint. The parties previously stipulated to a 28-day extension for Defendants to file a timely response to the Complaint while they met and conferred. That deadline is February 15, 2023. ECF No. 12. The parties wish to continue to meet and confer and therefore stipulate to extend the responsive pleading deadline an additional thirty (30) days, to March 17, 2023. The parties respectfully request that the Court grant this stipulated request and extend the responsive pleading deadline for these Defendants to **March 17, 2023**.

**SO STIUPLATED**.

Dated: February 14, 2023                ANGELO, KILDAY & KILDUFF, LLP

                                        */s/ Derick E. Konz*
                                        By:_____
                                        DERICK E. KONZ
                                        Attorneys for Defendants CITY OF
                                        ETNA, OFFICER STACHER AND
                                        OFFICER BUELL


Dated: February 14, 2023                LAW OFFICE OF GREGORY PEACOCK

                                        */s/ Gregory Peacock*
                                        (Authorized on 2/14/23)
                                        By:_____
                                        GREGORY PEACOCK
                                        Attorneys for Plaintiffs

## ORDER

Upon stipulation of the parties, and good cause appearing, Defendants CITY OF ETNA, OFFICER STACHER and OFFICER BUELL's deadline to file a timely response to Plaintiff's Complaint is extended 30 days, to **March 17, 2023**.

**SO ORDERED**.

Dated: February 14, 2023
/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE