UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SISKIYOU; CITY OF ETNA; LEVI MACHADO; TONY STACHER; BRANDON BUELL; JACOB NICHOLAS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.<br><br>ORDER RE APPLICATION OF LEE HER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF R.H. |

**HAVING CONSIDERED** the application of Lee Her, to be appointed the guardian ad litem on behalf of her minor niece, R.H., and good cause having been shown therefore;

ORDER RE APPLICATION OF LEE HER FOR APPOINTMENT AS
GUARDIAN AD LITEM FOR PLAINTIFF R.H.

1

**IT IS HEREBY ORERED** that Lee Her is appointed as the guardian ad litem for her minor niece R.H., in this action.

Dated: March 1, 2023        /s/ John A. Mendez
                            UNITED STATES DISTRICT COURT JUDGE