DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ETNA, OFFICER STACHER and OFFICER BUELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE HAWJ, ET AL, <br><br>  Plaintiffs, <br><br>  vs. <br><br> CITY OF ETNA, ET AL. <br><br>  Defendants. | Case No.: 2:22-CV-01978-JAM-AC <br><br> **DEFENDANTS CITY OF ETNA, OFFICER STACHER AND OFFICER BUELL'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

Defendants CITY OF ETNA, OFFICER STACHER, and OFFICER BUELL ("Defendants") submit the following answer to Plaintiff's Complaint (ECF No. 1). Defendants generally deny all allegations except those specifically admitted. Each paragraph number in this Answer corresponds to the paragraph number in the Complaint.

1. Admit jurisdiction is proper.
2. Admit venue is proper.
3. Admit jurisdiction is proper.
4. This is a legal conclusion that requires no response.
5. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
6. Defendants lack knowledge or information sufficient to form a belief about the truth of

this allegation.

7. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

9. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

11. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

16. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

17. Admit Mr. Hawj died on June 28, 2021. Defendants lack knowledge or information sufficient to form a belief about the truth of remaining allegations.

18. Admit.

19. Admit.

20. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

21. Admit.

22. Admit.

23. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

24. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

25. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

26. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

27. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

28. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

29. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

30. Deny.

31. Deny,

32. Deny.

33. Defendants incorporate prior corresponding responses.

34. Admit that evacuation efforts were occurring as a result to the Lava Fire.

35. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

36. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

37. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

38. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

39. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
40. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
41. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
42. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
43. Deny.
44. Deny.
45. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
46. Deny.
47. Deny.
48. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
49. Deny.
50. Defendants incorporate prior corresponding responses.
51. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
52. Deny.
53. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
54. Deny.
55. Defendants incorporate prior corresponding responses.
56. Deny.
57. Deny.
58. Deny.

1   59. Defendants lack knowledge or information sufficient to form a belief about the truth of
2   this allegation.
3   60. Deny.
4   61. Plaintiffs are not pursuing this claim.
5   62. Plaintiffs are not pursuing this claim.
6   63. Plaintiffs are not pursuing this claim.
7   64. Plaintiffs are not pursuing this claim.
8   65. Plaintiffs are not pursuing this claim.
9   66. Plaintiffs are not pursuing this claim.
10  67. Plaintiffs are not pursuing this claim.
11  68. Plaintiffs are not pursuing this claim.
12  69. Plaintiffs are not pursuing this claim.
13  70. Plaintiffs are not pursuing this claim.
14  71. Plaintiffs are not pursuing this claim.
15  72. Plaintiffs are not pursuing this claim.
16  73. Plaintiffs are not pursuing this claim.
17  74. Plaintiffs are not pursuing this claim.
18  75. Plaintiffs are not pursuing this claim.
19  76. Plaintiffs are not pursuing this claim.
20  77. Plaintiffs are not pursuing this claim.
21  78. Plaintiffs are not pursuing this claim.
22  79. Plaintiffs are not pursuing this claim.
23  80. Plaintiffs are not pursuing this claim.
24  81. Plaintiffs are not pursuing this claim.
25  82. Plaintiffs are not pursuing this claim.
26  83. Plaintiffs are not pursuing this claim.
27  84. Plaintiffs are not pursuing this claim.
28  85. Plaintiffs are not pursuing this claim.

1  86. Plaintiffs are not pursuing this claim.

2  87. Plaintiffs are not pursuing this claim.

3  88. Plaintiffs are not pursuing this claim.

4  89. Plaintiffs are not pursuing this claim.

5  90. Plaintiffs are not pursuing this claim.

6  91. Plaintiffs are not pursuing this claim.

7  92. Plaintiffs are not pursuing this claim.

8  93. Plaintiffs are not pursuing this claim.

9  94. Defendants incorporate prior corresponding responses.

10  95. Deny.

11  96. Deny.

12  97. Deny.

13  98. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

15  99. Deny.

16  100. Deny.

17  101. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

19  102. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

21  103. Deny.

22  104. Deny.

23  105. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

25  106. Deny.

26  107. Defendants incorporate prior corresponding responses.

27  108. This is a legal conclusion for which no response is required.

28  109. Deny.

110. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
111. Defendants incorporate prior corresponding responses.
112. Admit that Defendants were acting within the course and scope of employment as peace officers. Deny remaining allegations.
113. Deny that unreasonable force was used. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations.
114. Admit that Defendants were acting within the course and scope of employment as peace officers. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations.
115. Admit that Defendants were acting within the course and scope of employment as peace officers. Deny that unreasonable force was used. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations.
116. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
117. Deny.
118. Deny.
119. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
120. Deny.
121. Defendants incorporate prior corresponding responses.
122. Admit that Defendants were acting within the course and scope of employment as peace officers. Deny remaining allegations.
123. Deny.
124. Deny.
125. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.
126. Defendants lack knowledge or information sufficient to form a belief about the truth

    of this allegation.

127. Deny.

128. Deny.

129. Defendants incorporate prior corresponding responses.

130. Deny.

131. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

132. Deny.

133. Defendants incorporate prior corresponding responses.

134. Deny.

135. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

136. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

137. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

138. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation.

## **AFFIRMATIVE DEFENSES**

Defendant alleges the following separate and distinct affirmative defenses:

1. The individual defendants are entitled to qualified immunity as to the federal claims alleging that they unconstitutionally shot Mr. Hawj because Mr. Hawj pointed a gun and fired at officers.

2. Pursuant to provisions of the California Government Code §§ 815.2(b) and 820.2, Defendants are entitled to immunity as to the state-law claims alleging that they unlawfully shot Mr. Hawj because Mr. Hawj pointed a gun and fired at officers.

3. Pursuant to provisions of the California Government Code §§ 815.2(b) and 820.8, Defendants are entitled to immunity as to the state-law claims because Plaintiffs were injured by

the act or omission of other persons.

4. There is no liability pursuant to Penal Code §§ 835 and 835a because Defendants were attempting to make a lawful arrest and used reasonable force when Mr. Hawj refused to comply with evacuation orders, pointed a gun, and fired at officers.

5. Defendants acted in self-defense because Mr. Hawj pointed a gun and fired at officers.

6. Plaintiffs did not comply with the California Government Claims Act prior to filing suit.

7. Mr. Hawj assumed the risk of any injury and/or damages caused by his own conduct in not complying with evacuation orders, pointing a gun and firing at officers.

8. Estoppel bars Plaintiffs' claims because Mr. Hawj did not comply with evacuation orders, pointed a gun and fired at officers.

9. Mr. Hawj and/or other third parties were contributorily negligent.

10. Plaintiffs failed to mitigate damages.

11. Plaintiffs failed to join all indispensable parties.

12. Plaintiffs' claims for punitive or exemplary damages violate Defendants' right to procedural due process, substantive due process, and protection from "excessive" fines as guaranteed by the Fifth, Fourteenth, and Eighth Amendments to the United States Constitution, respectively, and the Constitution of the State of California.

**PRAYER**

Wherefore, Defendants requests the following relief:

1. That Plaintiffs' Complaint be dismissed in its entirety without leave to amend and that Plaintiffs take nothing by way of Complaint;

2. That Defendants be henceforth dismissed from this matter with prejudice;

3. That judgment be entered in favor of Defendants and against Plaintiffs;

4. That Defendants be awarded attorney's fees and costs of suit incurred under and by

1  virtue of the laws stated above; and

2      5.    For such other and further relief as the Court deems just and proper.

3  Dated: March 20, 2023          ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:_____
DERICK E. KONZ
Attorneys for Defendants CITY OF ETNA, OFFICER STACHER AND OFFICER BUELL

## **DEMAND FOR JURY TRIAL**

Defendants respectfully demands that all issues of fact be tried herein by and before a jury.

Dated: March 20, 2023          ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:_____
DERICK E. KONZ
Attorneys for Defendants