**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

**LAW OFFICE OF CLAYTON T. ROBERTSON**
Clayton T. Robertson, ESQ. (SBN 229430)
1300 Clay Street, Suite 685
Oakland, CA 94612
Telephone: (408) 418-6403
Email: ctr@robertsonlitigation.com

Attorneys for Plaintiffs Lee Hawj, L.H., J.H., and R.H.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>Plaintiffs, | Case No. 2:22-cv-01978-JAM-AC<br><br>**STIPULATION TO DISMISS COUNTS 4 (MUNICIPAL LIABILITY – RATIFICATION); 5 (MUNICIPAL LIABILITY – INADEQUATE TRAINING); AND 6 (MUNICIPAL LIABILITY – CUSTOM/PRACTICE/POLICY) BROUGHT AGAINST DEFENDANT CITY OF ETNA, WITHOUT PREJUDICE** |

**STIPULATION TO DISMISS COUNTS 4 (MUNICIPAL LIABILITY – RATIFICATION); 5 (MUNICIPAL LIABILITY – INADEQUATE TRAINING); AND 6 (MUNICIPAL LIABILITY – CUSTOM/PRACTICE/POLICY) BROUGHT AGAINST DEFENDANT CITY OF ETNA, WITHOUT PREJUDICE**

1

vs.                                               )
                                                  )
COUNTY OF SISKIYOU; CITY OF )
ETNA; LEVI MACHADO; TONY   )
STACHER; BRANDON BUELL:    )
JACOB NICHOLAS; and DOES 1 )
through 10, inclusive,               )

Defendants.

**TO THIS HONORABLE COURT AND ALL PARTIES TO THIS ACTION:**

IT IS HEREBY STIPULATED TO AND AGREED UPON by and between the Plaintiffs and Defendant City of Etna, to dismiss Count 4 (Municipal Liability – Ratification); Count 5 (Municipal Liability – Inadequate Training); and Count 6 (Municipal Liability – Unconstitutional Custom, Practice and/or Policy) as to Defendant City of Etna only, without prejudice.

**LAW OFFICE OF GREGORY PEACOCK**

Dated: March 17, 2023                    /S/ *Gregory Peacock*_____
                                          Gregory Peacock
                                          Lawyer for Plaintiffs

**STIPULATION TO DISMISS COUNTS 4 (MUNICIPAL LIABILITY – RATIFICATION); 5 (MUNICIPAL LIABILITY – INADEQUATE TRAINING); AND 6 (MUNICIPAL LIABILITY – CUSTOM/PRACTICE/POLICY) BROUGHT AGAINST DEFENDANT CITY OF ETNA, WITHOUT PREJUDICE**

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SISKIYOU; CITY OF ETNA; LEVI MACHADO; TONY STACHER; BRANDON BUELL: JACOB NICHOLAS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01978-JAM-AC<br><br>**ORDER RE STIPULATION TO DISMISS COUNTS 4 (MUNICIPAL LIABILITY – RATIFICATION); 5 (MUNICIPAL LIABILITY – INADEQUATE TRAINING); AND 6 (MUNICIPAL LIABILITY – CUSTOM/PRACTICE/POLICY) BROUGHT AGAINST DEFENDANT CITY OF ETNA, WITHOUT PREJUDICE** |

**STIPULATION TO DISMISS COUNTS 4 (MUNICIPAL LIABILITY – RATIFICATION); 5 (MUNICIPAL LIABILITY – INADEQUATE TRAINING); AND 6 (MUNICIPAL LIABILITY – CUSTOM/PRACTICE/POLICY) BROUGHT AGAINST DEFENDANT CITY OF ETNA, WITHOUT PREJUDICE**

3

Pursuant to the Stipulation by and between the Plaintiffs and Defendant City of Etna, through their respective attorneys of record, IT IS HEREBY ORDERED that **Count 4** (Municipal Liability – Ratification); **Count 5** (Municipal Liability – Inadequate Training); and **Count 6** (Municipal Liability – Unconstitutional Custom, Practice and/or Policy) are **DISMISSED** as to Defendant City of Etna only, without prejudice.

It is further ORDERED that Defendant City of Etna may file an Answer on Monday, March 20, 2023.

**IT IS SO ORDERED**

Dated: March 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS COUNTS 4 (MUNICIPAL LIABILITY – RATIFICATION); 5 (MUNICIPAL LIABILITY – INADEQUATE TRAINING); AND 6 (MUNICIPAL LIABILITY – CUSTOM/PRACTICE/POLICY) BROUGHT AGAINST DEFENDANT CITY OF ETNA, WITHOUT PREJUDICE**