DERICK E. KONZ, ESQ., SBN 286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ., SBN 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF ETNA, OFFICER TONY STACHER, and OFFICER BRANDON BUELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, et al., | Case No.: 2:22-CV-01978-JAM-AC |
| Plaintiff, | **NOTICE OF DESIGNATION OF COUNSEL** |
| vs. | |
| CITY OF ETNA, et al., | |
| Defendants. | |

TO: THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Derick E. Konz and Jacob J. Graham of the law firm Angelo, Kilday & Kilduff, LLP, are counsel of record for Defendants CITY OF ETNA, OFFICER TONY STACHER, and OFFICER BRANDON BUELL in the above entitled action.

Please be aware that Ashley E. Riser is no longer with the law firm of Angelo, Kilday & Kilduff, LLP, and should not be noticed as counsel of record for the Defendants.

///

///

///

-1-
NOTICE OF DESIGNATION OF COUNSEL

Accordingly, I respectfully request that the Court terminate Ashley E. Riser from the service list for this case.

Dated: February 23, 2024               ANGELO, KILDAY & KILDUFF, LLP

                                                      */s/ Jacob J. Graham*
                                       By:_____
                                           DERICK E. KONZ
                                           JACOB J. GRAHAM
                                           Attorneys for Defendants CITY OF
                                           ETNA, OFFICER TONY STACHER,
                                           and OFFICER BRANDON BUELL