1  DERICK E. KONZ, ESQ., SBN 286902
       Email: dkonz@akk-law.com
2  JACOB J. GRAHAM, ESQ., SBN 340295
       Email: jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6
7
   Attorneys for Defendants CITY OF ETNA, OFFICER TONY STACHER, and OFFICER
8  BRANDON BUELL

9                         UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12 LEE HAWJ, et al.,                        )  Case No.: 2:22-CV-01978-JAM-AC
                                            )
13                Plaintiff,                )  **NOTICE OF APPEARANCE OF**
                                            )  **COUNSEL**
14         vs.                              )
                                            )
15 CITY OF ETNA, et al.,                    )
                                            )
16                                          )
                  Defendants.               )
17

18         Attorney JACOB J. GRAHAM of the law firm of Angelo, Kilday & Kilduff, LLP, has

19 joined in as attorney of record for Defendants CITY OF ETNA, OFFICER TONY STACHER,

20 and OFFICER BRANDON BUELL in this matter.

21         Pursuant to Fed. R. Civ. P. 5, Jacob J. Graham requests email notification of all e-filings

22 in this matter.  Jacob J. Graham's email address is: jgraham@akk-law.com

23   Dated:  February 23, 2024                ANGELO, KILDAY & KILDUFF, LLP

24                                              */s/ Jacob J. Graham*
                                             By:_____
25                                              DERICK E. KONZ
                                                JACOB J. GRAHAM
26                                              Attorneys for Defendants CITY OF
                                                ETNA, OFFICER TONY STACHER,
27                                              and OFFICER BRANDON BUELL
28

                                             -1-
                             NOTICE OF APPEARANCE OF COUNSEL