DERICK E. KONZ, SBN. 286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, SBN 340295
  Email: jgraham@akk-law.com
ETHAN J. ZERTUCHA, SBN 340223
  Email: ezertucha@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ETNA, OFFICER TONY STACHER, and OFFICER BRANDON BUELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE HAWJ, et al., | Case No.: 2:22-CV-01978-JAM-AC |
|     Plaintiff, | **STIPULATION, REQUEST, AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| CITY OF ETNA, et al., | |
|     Defendants. | |

///

///

///

-1-
STIPULATION, REQUEST, AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

The parties hereby stipulate to and request that the Court modify the Pretrial Scheduling Order (ECF No. 35) by extending all deadlines by approximately 150 days.

### Good Cause

This is the first request to modify the schedule.

The parties have been attempting to schedule depositions of the plaintiffs for several months, however, due to conflicting trial schedules and school schedules of the minor plaintiffs, no dates have been agreed upon.

Due to the trial schedule of plaintiffs' counsel, the depositions of the two Etna Police Department Officer defendants had to be taken off calendar and the parties are trying to coordinate new dates.

The deposition of the Siskiyou County Sheriff's Deputy defendant was taken off calendar due to a health issue and the parties are trying to find a date to reschedule around current trial schedules which has been difficult.

Depositions of the toxicologist and pathologist were scheduled, but had to be vacated due to the trial schedule of plaintiffs' counsel.

There are ongoing issues regarding production of documents and subpoenas that are still being addressed.

The parties are in the process of coordinating a mediation or settlement conference and would like to move the deadlines out to facilitate that without having to expend additional resources preparing for the currently set litigation deadlines.

///

///

///

Accordingly, the parties hereby request that the Court extend the following deadlines set by ECF No. 35 by approximately 150 days.

| Event | Current Deadline |
|---|---|
| Expert Witness Disclosures | April 25, 2025 |
| Supplemental and Rebuttal Expert Witness Disclosures | May 9, 2025 |
| Joint Mid Litigation Statement | June 6, 2025 |
| Fact Discovery Cutoff | June 20, 2025 |
| Dispositive Motion Filing Deadline | August 15, 2025 |
| Dispositive Motion Hearing Deadline | October 21, 2025 |
| Joint Pretrial Statement | December 5, 2025 |
| Final Pretrial Conference | December 12, 2025 |
| Pretrial Disclosure Deadline | December 26, 2025 |
| Trial Brief Filing Deadline | January 12, 2026 |
| Requested Voir Dire Filing Deadline | January 16, 2026 |
| Answering Trial Brief Filing Deadline | January 16, 2026 |
| Proposed Jury Instructions Filing Deadline | January 26, 2026 |
| Trial | January 26, 2026 |

The parties request the following new deadlines:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **11/21/2025** |
| Disclosure of Expert(s) Deadline | **09/26/2025** |
| Supplemental Disclosure Deadline | **10/10/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **01/16/2026** |
| Dispositive Motion Hearing | **03/24/2026, at 01:00 p.m.** |
| Final pretrial conference | **05/29/2026, at 10:00 a.m.** |
| Jury Trial (15-20) Days) | **07/13/2026, at 9:00 a.m.** |

**SO STIPULATED.**


Dated: March 3, 2025         THE LAW OFFICES OF DALE K. GALIPO

                             */s/ Benjamin Levine*
                             By:_____
                                BENJAMIN LEVINE
                                DALE GALIPO
                                Attorneys for Plaintiffs


Dated: March 3, 2025         ANGELO, KILDAY & KILDUFF, LLP

                             */s/ Derick E. Konz*
                             By:_____
                                DERICK E. KONZ
                                JACOB J. GRAHAM
                                ETHAN ZERTUCHA
                                Attorneys for Defendants CITY OF
                                ETNA, OFFICER TONY STACHER,
                                and OFFICER BRANDON BUELL

| | |
|---|---|
| Dated: March 3, 2025 | SPINELLI, DONALD & NOTT |
| | */s/ Domenic Spinelli*<br>By:_____<br>　DOMENIC SPINELLI<br>　MATTHEW BECKER<br>　Attorneys for Defendant COUNTY OF SISKIYOU and DEPUTY LEVI MACHADO |
| Dated: March 3, 2025 | CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL |
| | */s/ Amie Bears*<br>By:_____<br>　AMIE BEARS<br>　Attorneys for Defendant JACOB NICHOLAS |

# **PROPOSED ORDER**

Upon Stipulation of the parties and good cause appearing, the Court modifies the Pretrial Scheduling Order (ECF No. 35) as follows.

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **11/21/2025** |
| Disclosure of Expert(s) Deadline | **09/26/2025** |
| Supplemental Disclosure Deadline | **10/10/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **01/16/2026** |
| Dispositive Motion Hearing | **03/24/2026, at 01:00 p.m.** |
| Final pretrial conference | **05/29/2026, at 10:00 a.m.** |
| Jury Trial (15-20) Days | **07/13/2026, at 9:00 a.m.** |

**SO ORDERED.**


Dated: _____
                          THE HONORABLE JOHN A. MENDEZ
                          SENIOR UNITED STATES DISTRICT JUDGE