DERICK E. KONZ, SBN. 286902
    Email:  dkonz@akk-law.com
JACOB J. GRAHAM, SBN 340295
    Email:  jgraham@akk-law.com
ETHAN J. ZERTUCHA, SBN 340223
    Email:  ezertucha@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ETNA, OFFICER TONY STACHER, and OFFICER BRANDON BUELL

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, ET AL., | Case No.: 2:22-cv-01978-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| vs. | |
| COUNTY OF SISKIYOU, ET AL., | |
| Defendants. | |

///

///

///

-1-
STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1    The parties hereby stipulate to and request that the Court modify the Pretrial Scheduling

2    Order (ECF No. 35) by extending all deadlines by approximately 150 days.

3    **<u>Good Cause</u>**

4    This is the first request to modify the schedule.

5    The parties have been attempting to schedule depositions of the plaintiffs for several

6    months, however, due to conflicting trial schedules and school schedules of the minor plaintiffs,

7    no dates have been agreed upon.

8    Due to the trial schedule of plaintiffs' counsel, the depositions of the two Etna Police

9    Department Officer defendants had to be taken off calendar and the parties are trying to coordinate

10   new dates.

11   The deposition of the Siskiyou County Sheriff's Deputy defendant was taken off calendar

12   due to a health issue and the parties are trying to find a date to reschedule around current trial

13   schedules which has been difficult.

14   Depositions of the toxicologist and pathologist were scheduled, but had to be vacated due

15   to the trial schedule of plaintiffs' counsel.

16   There are ongoing issues regarding production of documents and subpoenas that are still

17   being addressed.

18   The parties are in the process of coordinating a mediation or settlement conference and

19   would like to move the deadlines out to facilitate that without having to expend additional

20   resources preparing for the currently set litigation deadlines.

21   ///

22

23

24   ///

25

26

27   ///

28

---

Accordingly, the parties hereby request that the Court extend the following deadlines set by ECF No. 35 by approximately 150 days.

| Event | Current Deadline |
|---|---|
| Expert Witness Disclosures | April 25, 2025 |
| Supplemental and Rebuttal Expert Witness Disclosures | May 9, 2025 |
| Joint Mid Litigation Statement | June 6, 2025 |
| Fact Discovery Cutoff | June 20, 2025 |
| Dispositive Motion Filing Deadline | August 15, 2025 |
| Dispositive Motion Hearing Deadline | October 21, 2025 |
| Joint Pretrial Statement | December 5, 2025 |
| Final Pretrial Conference | December 12, 2025 |
| Pretrial Disclosure Deadline | December 26, 2025 |
| Trial Brief Filing Deadline | January 12, 2026 |
| Requested Voir Dire Filing Deadline | January 16, 2026 |
| Answering Trial Brief Filing Deadline | January 16, 2026 |
| Proposed Jury Instructions Filing Deadline | January 26, 2026 |
| Trial | January 26, 2026 |

The parties request the following new deadlines:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **11/21/2025** |
| Disclosure of Expert(s) Deadline | **09/26/2025** |
| Supplemental Disclosure Deadline | **10/10/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **01/16/2026** |
| Dispositive Motion Hearing | **03/24/2026, at 01:00 p.m.** |
| Final pretrial conference | **05/29/2026, at 10:00 a.m.** |
| Jury Trial (15-20) Days | **07/13/2026, at 9:00 a.m.** |

**SO STIPULATED.**


Dated: March 3, 2025                THE LAW OFFICES OF DALE K. GALIPO

                                                */s/ Benjamin Levine*
                                        By:_____
                                            BENJAMIN LEVINE
                                            DALE GALIPO
                                            Attorneys for Plaintiffs


Dated: March 3, 2025                ANGELO, KILDAY & KILDUFF, LLP

                                                */s/ Derick E. Konz*
                                        By:_____
                                            DERICK E. KONZ
                                            JACOB J. GRAHAM
                                            ETHAN ZERTUCHA
                                            Attorneys for Defendants CITY OF
                                            ETNA, OFFICER TONY STACHER,
                                            and OFFICER BRANDON BUELL

---

1

2     Dated: March 3, 2025                              SPINELLI, DONALD & NOTT

3                                                                  */s/ Domenic Spinelli*
      By:_____
4                                                        DOMENIC SPINELLI
                                                         MATTHEW BECKER
5                                                        Attorneys for Defendant COUNTY OF
                                                         SISKIYOU and DEPUTY LEVI
6                                                        MACHADO

7

8     Dated: March 3, 2025                              CALIFORNIA     DEPARTMENT     OF
                                                         JUSTICE, OFFICE OF THE ATTORNEY
9                                                        GENERAL

10

11                                                                 */s/ Amie Bears*
      By:_____
12                                                       AMIE BEARS
                                                         Attorneys for Defendant JACOB
13                                                       NICHOLAS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **11/21/2025** |
| Disclosure of Expert(s) Deadline | **09/26/2025** |
| Supplemental Disclosure Deadline | **10/10/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **01/16/2026** |
| Dispositive Motion Hearing | **03/24/2026, at 01:00 p.m.** |
| Final pretrial conference | **05/29/2026, at 10:00 a.m.** |
| Jury Trial (15-20 Days) | **07/13/2026, at 9:00 a.m.** |

All other instructions contained in the September 14, 2023 Pretrial Scheduling Order (ECF No. 35) shall remain in effect.

**IT SO ORDERED.**

Dated: March 03, 2025          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE