**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER, <br><br> Plaintiffs, <br><br> v. <br><br> County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive, <br><br> Defendants. | **Case No. 2:22-cv-01978-JAM-AC** <br><br> *District Judge John A. Mendez* <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**TO THE HONORABLE COURT:**

Plaintiffs, Lee Hawj, L.H., J.H. and R.H.; and Defendants, County of Siskiyou, City of Etna, Levi Machado, Tony Stacher, Brandon Buell, and Jacob Nicholas—the parties to this action—by and through their respective attorneys of record, hereby inform the Court of their settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize and consummate their settlement, and stipulate as follows.

WHEREAS, following settlement negotiations between the parties, the parties reached an agreement to settle this entire action, and such settlement has been approved by all necessary entities.

WHEREAS, given upcoming deadlines in this case, the parties wish to make the Court aware of the settlement and are content to have the remaining dates and deadlines vacated based on the settlement.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for at least ninety (90) days to allow time for the parties to consummate the terms of the settlement, including execution of a release agreement. Additionally, as of the date of this filing, Plaintiff R.H. remains a minor whose settlement will require approval by this Court, and R.H., by and through her court-appointed Guardian *ad Litem*, will file an application for the approval of the compromise of her claims with the Court at the earliest opportunity. Following approval of that application and payment of the settlement funds, the parties will file a stipulated dismissal of the action with prejudice. The parties further request that the Court set a deadline for the parties to file a status report in approximately ninety (90) days, at which time the parties can advise the Court of the status of settlement, if the application has not yet been adjudicated and dismissal documents have not yet been filed by that time.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

Respectfully submitted,

DATED: Sept. 22, 2025   LAW OFFICES OF DALE K. GALIPO
LAW OFFICE OF GREGORY PEACOCK
LAW OFFICE OF CLAYTON T. ROBERTSON

By:   */s/ Benjamin S. Levine*
      Dale K. Galipo
      Benjamin S. Levine
      *Attorneys for Plaintiffs*

DATED: Sept. 22, 2025   SPINELLI, DONALD & NOTT
A Professional Corporation

By:   */s/ Domenic D. Spinelli* (as authorized 9/21)
      Domenic D. Spinelli
      *Attorney for Defendants County of Siskiyou and Levi Machado*

DATED: Sept. 22, 2025   ANGELO, KILDAY & KILDUFF, LLP

By:   */s/ Derick E. Konz* (as authorized 9/22)
      Derick E. Konz
      *Attorney for Defendants City of Etna, Tony Stacher, and Brandon Buell*

DATED: Sept. 22, 2025   ATTORNEY GENERAL'S OFFICE

By:   */s/ Amie C. Bears* (as authorized 9/19)
      Amie C. Bears
      *Attorney for Defendant Jacob Nicholas*