Docusign Envelope ID: B72AF335-EE6C-42A5-95D2-E9419C33352F

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION BY MINOR'S GUARDIAN *AD LITEM*

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on this ____12th____ day of November 2025, at ____Stockton_____, California.

**Signed by:**

E187F858E07E4A8...

Lee Her, as Guardian *ad Litem* for R.H.

-1-