1   DERICK E. KONZ, SBN. 286902
       Email: dkonz@akk-law.com
2   JACOB J. GRAHAM, SBN 340295
       Email: jgraham@akk-law.com
3   **ANGELO, KILDAY & KILDUFF, LLP**
4   Attorneys at Law
    601 University Avenue, Suite 150
5   Sacramento, CA  95825
    Telephone:  (916) 564-6100
6   Telecopier:  (916) 564-6263
7
    Attorneys for Defendants CITY OF ETNA, TONY STACHER, and BRANDON BUELL
8
9               **UNITED STATES DISTRICT COURT**
10             **EASTERN DISTRICT OF CALIFORNIA**

11   LEE HAWJ, et al.,                        ) Case No.: 2:22-CV-01978-JAM-AC
                                              )
12                          Plaintiff,        ) **DEFENDANTS' STATEMENT OF NON-**
                                              ) **OPPOSITION TO ECF NO. 47**
13                                            )
                    vs.                       )
14                                            )
15   CITY OF ETNA, et al.,                    )
                                              )
16                          Defendants.       )
17
18          Defendants CITY OF ETNA, OFFICER TONY STACHER and OFFICER BRANDON

19   BUELL hereby submit the following Statement of Non-Opposition to ECF No. 47, Plaintiff's Ex

20   Parte Application for Approval of Compromise of Claims, filed November 17, 2025.

21
22    Dated: November 18, 2025            ANGELO, KILDAY & KILDUFF, LLP

23                                            */s/ Derick E. Konz*
                                          By:_____
24                                            DERICK E. KONZ
                                              Attorneys for Defendants CITY OF
25                                            ETNA, OFFICER TONY STACHER,
                                              and OFFICER BRANDON BUELL
26
27
28