**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 2:22-cv-01978-JAM-AC**<br><br>*District Judge John A. Mendez*<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION** |

**TO THE HONORABLE COURT:**

Plaintiffs, Lee Hawj, L.H., J.H. and R.H.; and Defendants, County of Siskiyou, City of Etna, Levi Machado, Tony Stacher, Brandon Buell, and Jacob Nicholas—the parties to this action—by and through their respective attorneys of record, hereby provide the following status update regarding the completion of the settlement of this action and stipulation seeking additional time to complete all settlement terms prior to filing dismissal documents.

On September 22, 2025, the parties filed a notice of settlement informing the Court that this action had settled in its entirety and requesting that the Court vacate all remaining dates and deadlines in the action. [Dkt. 45.] On September 25, 2025, the Court issued an order vacating all remaining dates and deadlines; setting a deadline of December 22, 2025, to file dispositional documents; and setting a deadline of December 19, 2025, to file a stipulation to continue the deadline to file dispositional documents. [Dkt. 46.]

After deliberating over options for an annuity for minor Plaintiff R.H. and working with their structured settlement consultant on this subject, Plaintiffs filed an application for the compromise of Plaintiff R.H.'s claims on November 17, 2025, providing the Court with information regarding the proposed annuity. [Dkt. 47.] The Court approved Plaintiffs' application on November 21, 2025. [Dkt. 49.]

Following the Court's approval of the application, which was determinative of how the three defendant entities' payments of the settlement proceeds would be arranged, the entities (the County of Siskiyou, the City of Etna, and the State of California) began arranging to issue their respective portions of the settlement funds, including for purposes of funding the annuity as ordered by the Court. [*See id.*] As of the date of this filing, the City of Etna's portion has been issued and received by Plaintiffs' counsel; the County of Siskiyou's portion has been issued though has not yet been received by Plaintiffs' counsel; and the State of California's portion has yet

to be issued. The parties estimate that the State of California's portion of the settlement funds will be issued within 30 days of this filing.

    Accordingly, to allow time for the terms of the settlement of this action to be completed before dismissal documents are filed, the parties hereby stipulate and respectfully request that the Court continue the deadline for the filing of dispositional documents by 45 days, to February 5, 2026, and set a separate deadline three days earlier, on February 2, 2026, for the parties to file another stipulation if for some unanticipated reason additional time is required.

    Respectfully submitted,

DATED: Dec. 19, 2025    LAW OFFICES OF DALE K. GALIPO

By:   /s/ Benjamin S. Levine
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Plaintiffs*

DATED: Dec. 19, 2025    SPINELLI, DONALD & NOTT
A Professional Corporation

By:   /s/ Domenic D. Spinelli (as authorized 12/18)
Domenic D. Spinelli
*Attorney for Defendants County of Siskiyou and Levi Machado*

DATED: Dec. 19, 2025    ANGELO, KILDAY & KILDUFF, LLP

By:   /s/ Derick E. Konz (as authorized 12/18)
Derick E. Konz
*Attorney for Defendants City of Etna, Tony Stacher, and Brandon Buell*

DATED: Dec. 19, 2025    ATTORNEY GENERAL'S OFFICE

By:   /s/ Amie C. Bears (as authorized 12/19)
Amie C. Bears
*Attorney for Defendant Jacob Nicholas*