UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>      Plaintiffs,<br><br>  v.<br><br>County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive,<br><br>      Defendants. | Case No. 2:22-cv-01978-JAM-AC<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO DISMISS ACTION** |

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and request to continue the deadline to file dispositional documents in this action, and good cause appearing, the parties' request is GRANTED.

The deadline to file dispositional documents in this action is CONTINUED to February 5, 2026. Should the parties require additional time to file dispositional documents, a further stipulation requesting same shall be filed by February 2, 2026.

IT IS SO ORDERED.

Dated:

_____
JOHN A. MENDEZ
United States District Judge