1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>           Plaintiffs,<br><br>     v.<br><br>County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:22-cv-01978-JAM-AC<br><br>**ORDER CONTINUING DEADLINE TO DISMISS ACTION (ECF No. 50)** |

# ORDER

Having reviewed the parties' stipulation and request to continue the deadline to file dispositional documents in this action, and good cause appearing, the parties' request is **GRANTED**.

The deadline to file dispositional documents in this action is **CONTINUED** to **February 05, 2026**. Should the parties require additional time to file dispositional documents, a further stipulation requesting same shall be filed by **February 02, 2026**.

IT IS SO ORDERED.

Dated: December 22, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

-1-