| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER, | Case No. 2:22-cv-01978-JAM-AC<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO DISMISS ACTION** |
| Plaintiffs, | |
| v. | |
| County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation and request to continue the deadline to file dispositional documents in this action, and good cause appearing, the parties' request is GRANTED.

The deadline to file dispositional documents in this action is CONTINUED to March 9, 2026. Should the parties require additional time to file dispositional documents, a further stipulation requesting same shall be filed by March 6, 2026.

IT IS SO ORDERED.

Dated:

_____
JOHN A. MENDEZ
United States District Judge

-1-