**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>        Plaintiffs,<br><br>    v.<br><br>County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive,<br><br>        Defendants. | **Case No. 2:22-cv-01978-JAM-AC**<br><br>*District Judge John A. Mendez*<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION; ORDER (ECF No. 52)** |

**TO THE HONORABLE COURT:**

Plaintiffs, Lee Hawj, L.H., J.H. and R.H.; and Defendants, County of Siskiyou, City of Etna, Levi Machado, Tony Stacher, Brandon Buell, and Jacob Nicholas—the parties to this action—by and through their respective attorneys of record, hereby provide the following status update regarding the completion of the settlement of this action and stipulation seeking additional time to complete all settlement terms prior to filing dismissal documents.

On September 22, 2025, the parties filed a notice of settlement informing the Court that this action had settled in its entirety and requesting that the Court vacate all remaining dates and deadlines in the action. [Dkt. 45.] On September 25, 2025, the Court issued an order vacating all remaining dates and deadlines; setting a deadline of December 22, 2025, to file dispositional documents; and setting a deadline of December 19, 2025, to file a stipulation to continue the deadline to file dispositional documents. [Dkt. 46.]

After deliberating over options for an annuity for minor Plaintiff R.H. and working with their structured settlement consultant on this subject, Plaintiffs filed an application for the compromise of Plaintiff R.H.'s claims on November 17, 2025, providing the Court with information regarding the proposed annuity. [Dkt. 47.] The Court approved Plaintiffs' application on November 21, 2025. [Dkt. 49.]

Following the Court's approval of the application, which was determinative of how the three defendant entities' payments of the settlement proceeds would be arranged, the entities (the County of Siskiyou, the City of Etna, and the State of California) began arranging to issue their respective portions of the settlement funds, including for purposes of funding the annuity as ordered by the Court. [*See id.*] On December 19, 2025, the parties filed a stipulation informing the Court that not all of the entities' settlement payments had yet been received, including because the State of California's payment had not yet been issued, but that the State's payment was

expected to be issued within 30 days. [Dkt. 50.] The Court then issued an order continuing the dismissal deadline to February 5, 2026, and set an additional deadline of February 2, 2026, to file a stipulation to again continue the dismissal deadline.

     As of the date of this filing, the City of Etna's and County of Siskiyou's portions have been issued and received by Plaintiffs' counsel. The State of California's portion was issued to Plaintiffs' counsel on January 30, 2026, and is expected to be received soon thereafter.

     Accordingly, to allow time for the terms of the settlement of this action to be completed before dismissal documents are filed, the parties hereby stipulate and respectfully request that the Court continue the deadline for the filing of dispositional documents by 32 days, to March 9, 2026, and set a separate deadline three days earlier, on March 6, 2026, for the parties to file another stipulation if for some unanticipated reason additional time is required.

Respectfully submitted,

DATED: February 2, 2026    LAW OFFICES OF DALE K. GALIPO

By:   /s/ Benjamin S. Levine
      Dale K. Galipo
      Benjamin S. Levine
      *Attorneys for Plaintiffs*

DATED: February 2, 2026    SPINELLI, DONALD & NOTT
                                  A Professional Corporation

By:   */s/ Domenic D. Spinelli* (as authorized 1/29)
      Domenic D. Spinelli
      *Attorney for Defendants County of Siskiyou and Levi Machado*

| | |
|---|---|
| DATED: February 2, 2026 | ANGELO, KILDAY & KILDUFF, LLP |
| | |
| | By:  /s/ Derick E. Konz (as authorized 1/29) |
| | Derick E. Konz |
| | *Attorney for Defendants City of Etna, Tony Stacher, and Brandon Buell* |
| | |
| DATED: February 2, 2026 | ATTORNEY GENERAL'S OFFICE |
| | |
| | By:  /s/ Amie C. Bears (as authorized 1/30) |
| | Amie C. Bears |
| | *Attorney for Defendant Jacob Nicholas* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HAWJ, individually, and as successor in interest to Decedent Soobleej Kaub Hawj; L.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER; J.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through his guardian ad litem, LEE HER; R.H., individually and as successor in interest to decedent Soobleej Kaub Hawj, by and through her guardian ad litem, LEE HER,<br><br>Plaintiffs,<br><br>v.<br><br>County Of Siskiyou; City of Etna; Levi Machado; Tony Stacher; Brandon Buell; Jacob Nicholas; And Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01978-JAM-AC<br><br>**ORDER CONTINUING DEADLINE TO DISMISS ACTION** |

-1-
STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION; ORDER

# ORDER

Having reviewed the parties' stipulation and request to continue the deadline to file dispositional documents in this action, and good cause appearing, the parties' request is **GRANTED**.

The deadline to **file dispositional documents** in this action is **CONTINUED** to **March 09, 2026**. Should the parties require additional time to file dispositional documents, a further stipulation requesting same shall be filed by **March 06, 2026**.

IT IS SO ORDERED.

Dated: February 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE