1  DERICK E. KONZ, SBN. 286902
     Email: dkonz@akk-law.com
2  JACOB J. GRAHAM, SBN 340295
     Email: jgraham@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
   Attorneys for Defendants CITY OF ETNA, OFFICER TONY STACHER, and OFFICER
8  BRANDON BUELL

9                            **UNITED STATES DISTRICT COURT**
10
                             **EASTERN DISTRICT OF CALIFORNIA**
11

12 | LEE HAWJ, et al.,              | )  Case No.: 2:22-CV-01978-JAM-AC |
   |                                | )                                 |
13 |                     Plaintiff, | )  **STIPULATED DISMISSAL OF ACTION** |
   |                                | )  **WITH PREJUDICE**             |
14 |                vs.             | )                                 |
15 |                                | )                                 |
   | CITY OF ETNA, et al.,          | )                                 |
16 |                                | )                                 |
   |                     Defendants.| )                                 |
17

18

19 ///

20

21

22 ///

23

24

25 ///

26

27

28

-1-
STIPULATED DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to dismissal of this entire action with prejudice, each side to bear their own attorneys' fees and costs.

Dated: February 6, 2026            THE LAW OFFICES OF DALE K. GALIPO

                                */s/ Benjamin Levine*
By:_____
    BENJAMIN LEVINE
    DALE GALIPO
    Attorneys for Plaintiffs

Dated: February 6, 2026            ANGELO, KILDAY & KILDUFF, LLP

                                */s/ Derick E. Konz*
By:_____
    DERICK E. KONZ
    JACOB J. GRAHAM
    ETHAN ZERTUCHA
    Attorneys for Defendants CITY OF
    ETNA, OFFICER TONY STACHER,
    and OFFICER BRANDON BUELL

Dated: February 6, 2026            SPINELLI, DONALD & NOTT

                                */s/ Domenic Spinelli*
                              (As Authorized on 2/6/2026)
By:_____
    DOMENIC SPINELLI
    MATTHEW BECKER
    Attorneys for Defendant COUNTY OF
    SISKIYOU and DEPUTY LEVI
    MACHADO

///

| | | |
|---|---|---|
| 1 | Dated: February 6, 2026 | CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL |

                                                                  */s/ Amie Bears*
                                            (As Authorized on 2/6/2026)
By:_____
   AMIE BEARS
   Attorneys for Defendant JACOB NICHOLAS